**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jesus SALAS, Jr., Defendant–Appellant.**

**No. 10–11171**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Fort Worth, TX, for Plaintiff–Appellee.

Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Jesus Salas, Jr., presents arguments that he concedes are foreclosed by *United States v. Shabazz*, 633 F.3d 342, 345–46 (5th Cir.2011), which held that the phrase "on any such revocation" in 18 U.S.C. § 3583(e)(3) does not impose an aggregate limit on imprisonment for revocation of supervised release but limits only the amount of imprisonment that may be imposed each time a court revokes a defendant's supervised release. He raises the arguments solely to preserve them for further review. The Government's motion for summary affirmance is GRANTED, its alternative motions to dismiss and for an extension of time to file a brief are DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.